UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 16692
    MARVIN K SPRUIELL
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-3562

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 09/13/2007 and was confirmed 11/14/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 12/31/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 1028.00 | 190.27 | 799.84 |
| MONTEREY FINANCIAL | SECURED | 890.69 | .00 | 211.09 |
| MONTEREY FINANCIAL | SECURED | 850.00 | .00 | 204.57 |
| ARONSON FURNITURE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ARONSON FURNITURE | NOTICE ONLY | NOT FILED | .00 | .00 |
| COOK COUNTY TREASURER | SECURED | 168.66 | .00 | 168.66 |
| HOMECOMINGS FINANCIAL NE | NOTICE ONLY | NOT FILED | .00 | .00 |
| GMAC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| GMAC MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| TURNER ACCEPTANCE | SECURED VEHIC | 961.27 | .00 | 304.95 |
| A ALL FINANCIAL SERVICES | UNSECURED | 731.94 | .00 | 69.26 |
| CENTRAL CITY MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| B-REAL LLC | UNSECURED | 673.07 | .00 | 63.70 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5240.94 | .00 | 495.98 |
| CITY OF CHICAGO WATER DE | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 495.50 | .00 | 46.89 |
| PEOPLES GAS & LIGHT | UNSECURED | 6962.59 | .00 | 658.92 |
| SAVE A LOT | UNSECURED | NOT FILED | .00 | .00 |
| TECARDA PROPERTIES | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | NOT FILED | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
                CASE NO. 07 B 16692 MARVIN K SPRUIELL

```
WASHINGTON MUTUAL          UNSECURED     NOT FILED            .00           .00
SUKKI WHITE                NOTICE ONLY   NOT FILED            .00           .00
ROBIN BAILEY               NOTICE ONLY   NOT FILED            .00           .00
CITY OF CHICAGO PARKING    UNSECURED      1659.15             .00        157.02
PORTFOLIO RECOVERY ASSOC   UNSECURED       917.96             .00         86.88
ER SOLUTIONS INC           UNSECURED      1014.23             .00         95.98
STARKS & BOYD PC           DEBTOR ATTY   2,974.00                       2,974.00
TOM VAUGHN                 TRUSTEE                                        511.99
DEBTOR REFUND              REFUND                                            .00
```

            Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------

TRUSTEE                      7,040.00

PRIORITY                                            .00
SECURED                                        1,689.11
     INTEREST                                    190.27
UNSECURED                                      1,674.63
ADMINISTRATIVE                                 2,974.00
TRUSTEE COMPENSATION                             511.99
DEBTOR REFUND                                       .00
                         ---------------     ---------------
TOTALS                       7,040.00              7,040.00


     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/05/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE